June 28, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

STEPHEN FOX, Appellant

NO. 14-12-00539-CV                    V.

MIRNA AZUCENA ALBERTO (PEREZ), Appellee

_____

Today the Court heard appellant's motion for permissive appeal from the judgment signed by the court below on May 24, 2012.  We deny permission to appeal.

We further order that all costs incurred by reason of this appeal be paid by STEPHEN FOX.

We further order this decision certified below for observance.